IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOORE, | No. CIV S-09-2892-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF CHICO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff has brought this civil action in propria persona. On November 3, 2009, Plaintiff filed a notice of voluntary dismissal (Doc. 6). Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). All pending motions are therefore deemed moot. The Clerk of the Court is directed to close this file and terminate all pending motions.

IT IS SO ORDERED.

DATED: November 18, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1